Kenneth Lee Watkins   No. 142027
Full Name/Prisoner Name

Idaho State Correctional Center
PO Box 70010
Boise ID 83707
Complete Mailing Address

Plaintiff/Defendant
(circle one)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

KENNETH LEE WATKINS, and those
Plaintiff/Petitioner, similarly situated,
Full name(s)

vs.

KOOTENAI COUNTY SHERIFF'S OFFICE;
ROBERT B. NORRIS and BRETT A. NELSON
Defendant/Respondent(s),
Full name(s)

CASE NO. _____

COMPLAINT

42 U.S.C. §1983

Jury Trial Demanded

COMES NOW, Kenneth Lee Watkins, Plaintiff/Defendant (circle one) in the above entitled action alleging violation of civil rights under 42 U.S.C. §1983 and on Plaintiff's behalf and those similarly situated alleges:

A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over Plaintiff's claims under 42 U.S.C. 1983

- 1

CIVIL RIGHTS COMPLAINT   -pg. 1 of 6

Revised 3/24/16

B. PLAINTIFF

Plaintiff, Kenneth Lee Watkins is a citizen of the State of Idaho, currently residing at 14601 S. Pleasant Valley Road.

At all times alleged herein, Plaintiff was a pretrial detainee in the custody of the Kootenai County Sheriff's Office, Department of the Jail.

CIVIL RIGHTS COMPLAINT -pg. 2 of 6

Revised 3/24/16

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing <u>Kootenai County Sheriff's Office</u>, who was acting as <u>Operator of the jail</u>
      *(defendant)*                                    *(job title, if a person; function, if an entity)*

   for the <u>Kootenai County</u>.
      *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on <u>between 11/1/21 - 2/1/22</u>, Defendant did
                                                              *(dates)*
   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   <u>Defendant Kootenai County Sheriff's Office failed to provide humane living conditions to Plaintiff. Plaintiff's cell(s) frequently possessed cracked windows permitting the elements (water, wind and snow) to enter. Plaintiff's cell(s) frequently registered temperatures as low as thirty-three (33) degrees Fahrenheit. During these times, Plaintiff was denied sufficient clothing (socks, underwear), and provided with insufficient bedding (necessary sheets and blankets). These conditions effected anyone in custody during this time period and were so rampant and obvious any reasonable person would/should have been aware.</u>

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   <u>Fourteenth and Eighth Amendment(s) of the Constitution of the United States</u>

4. I allege that I suffered the following injury or damages as a result:
   <u>Hypothermia, unconsciousness, severe stinging-like pain in extremities, severe anxiety, mental and emotional distress. Plaintiff had a sincere belief and fear he was going to die.</u>

5. I seek the following relief: <u>Compensatory damages $500,000.00. Punitive damages $250,000.00 and further injunctive relief deemed proper by the court</u>

6. I am suing Defendant in his/her ☐ personal capacity *(money damages from Defendant personally)*, and/or ☐ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☑ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ☑ Yes  ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Robert B. Norris**, who was acting as **Sheriff**
   (defendant)                                                               (job title, if a person; function, if an entity)

   for the **Kootenai County Sheriff's Office**.
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on **between 11/1/21 - 2/1/22**, Defendant did
   (dates)

   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   Defendant Robert B. Norris abdicated his duty as sheriff of Kootenai County to monitor and supervise the living conditions at the Kootenai County Jail deliberately permitting a pattern of inhumane, cruel and punishing conditions. Plaintiff's cell(s) frequently possessed cracked windows permitting rain, snow and wind inside. Temperatures inside were consistently near freezing, at times as low as thirty-three (33) degrees Fahrenheit. Plaintiff and many others in custody were often forced to sleep on the floor in these conditions and correspondingly denied sufficient clothing or bedding. These conditions were so apparent, Defendant would have been aware.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   Fourteenth and Eighth Amendment(s) to the Constitution of the United States.

4. I allege that I suffered the following injury or damages as a result:
   Hypothermia, unconsciousness, severe stinging-like pain in extremities, severe anxiety/distress. Plaintiff had a sincere belief and fear he was going to die.

5. I seek the following relief: Compensatory damages $500,000.00, punitive damages $250,000.00 and further injunctive relief deemed proper by the court.

6. I am suing Defendant in his/her ☑ personal capacity *(money damages from Defendant personally)*, and/or ☑ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ☑ Yes   ○ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

PRISONER COMPLAINT - p. 2                                                                           *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Brett A. Nelson**, who was acting as **Undersheriff**
   *(defendant)*      *(job title, if a person; function, if an entity)*

   for the **Kootenai County Sheriff's Office**.
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on **between 11/1/21 - 2/1/22**, Defendant did
   *(dates)*

   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   Defendant Brett A. Nelson abdicated his duty of undersheriff of Kootenai County to supervise and monitor the living conditions at the Kootenai County Jail, deliberately permitting a pattern of inhumane, cruel and punishing conditions. Plaintiff's cell(s) frequently possessed cracked windows permitting rain, snow and wind to enter inside. Temperatures inside were consistently near freezing, many times as low as thirty-three (33) degrees Fahrenheit. Plaintiff and other pretrial detainees were often forced to sleep on the floor in these conditions, and correspondingly denied sufficient clothing or bedding. These conditions were so wide spread, Defendant would have been aware.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   Fourteenth and Eighth Amendment(s) of the United States Constitution

4. I allege that I suffered the following injury or damages as a result:
   Hypothermia, unconsciousness, severe stinging-like pain in extremities, severe anxiety, mental and emotional distress. Plaintiff had a sincere belief and fear he was going to die.

5. I seek the following relief: Compensatory damages $500,000.00 punitive damages $250,000.00 and further injunctive relief as deemed proper by the court

6. I am suing Defendant in his/her [✓] personal capacity *(money damages from Defendant personally)*, and/or [✓] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. [✓] Yes [ ] No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

D. PREVIOUS OR PENDING LAWSUITS

Plaintiff has pursued or is now pursuing the following actions: U.S. Dist. Court, Dist. of Idaho, Case No. - unknown, Watkins v. Eckstrom, Status - Pending, Strike - N/A

E. REQUEST FOR APPOINTMENT OF COUNSEL

Plaintiff does NOT request appointment of counsel.

F. DECLARATION UNDER PENALTY OF PERJURY

I declare, under penalty of perjury, I am the Plaintiff in this matter, and that the information contained in the complaint is true and correct. 28 U.S.C. §1746, 18 U.S.C. §1621, and that I deposited this complaint into the internal mail system at Idaho State Correctional Center to be transmitted to the Clerk of the Court.

Executed at Idaho State Correctional Center on August 5, 2022.

Kenneth Lee Watkins, Plaintiff

CIVIL RIGHTS COMPLAINT   -pg. 6 of 6

Revised 3/24/16