Note to Clerk

Re: Complaint Filing Fees / Conditional Filing

Please conditionally file the two attached civil rights complaints. As I am incarcerated, the filing fee(s) will be paid by Third Party and I will need to provide the party with the respective case number(s) to submit with payment.

Thank you,

Ken Watkins