*Idaho State Correctional Center Court filing Record*

*Court: United States District Court for the District of Idaho*

*Date: August 9, 2022*

*Submitted by Resident: August 8, 2022*

*Case No.: TO BE ASSIGNED BY COURT*

*Inmate Name: Kenneth Lee Watkins*

*Inmate No.: 142027*

*Document Title: Complaint*

*Total Pages: 7*

*Inmate Verification of page count signature: Filed without inmate review*

*Document 1 of 1*