U.S. COURTS

OCT 31 2022

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Deputy Court Clerk,

I would like a docket statement for cases: 1:22-CV-338-BLW and 1:22-CV-340-BLW.

Please send response to:

    ISCC Attn: Kenneth Watkins #142027
    P.O. Box 70010
    Boise ID, 83707

Thank you very much,

    Kenneth Watkins