December 22, 2023

Dear Clerk:

This letter is my Request for Summons in the two cases below:

1:22-CV-00338-BLW

1:22-CV-00340-BLW

All named Defendants (not including the John Does in case ending 00340) have the following address:

5500 Government Way
Coeur d'Alene, ID 83816

Thank you,

Kenneth Lee Watkins No. 142027

ISCC

PO Box 70010

Boise, ID 83707

_____ -pg._____

Revised 3/24/16

Inmate Name Shawn Kealing DE3-10A
IDOC # 71949  Housing Unit
IDAHO DEPARTMENT OF CORRECTIONS
Institution ISCC
Address PO Box 70010
City Boise  State ID  Zip 83707
INMATE CORRESPONDENCE



BOISE ID 837
27 DEC 2022 PM 1 L

U.S. MARSHALS
District of Idaho
DEC 29 2022
EXAMINED

Clerk of the U.S. District Court
550 West Fort St.
Boise ID 83724