Ken Watkins IDOC No. 142027
Full Name/Prisoner Name

ISCC
PO Box 70010
Boise, ID 83707
Complete Mailing Address

Plaintiff/Defendant
(circle one)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

KENNETH LEE WATKINS )
Plaintiff/Petitioner, )  CASE NO. 1:22-CV-00338-BLW
Full name(s) )
)
vs. )  MOTION FOR ENLARGEMENT
) OF TIME FOR SERVICE OF
KOOTENAI COUNTY SHERIFF'S OFFICE, et al., ) PROCESS
)
) (Rule 6(b) Fed. R. Civ. P.)
Defendant/Respondent(s), )
Full name(s) )
)

    COMES NOW, Kenneth Lee Watkins, Plaintiff/Defendant (circle one) in the above entitled

matter and pursuant to Rule 6(b) Fed. R. Civ. P. does respectfully move this Honorable Court for an enlargement of time for a period of sixty (60) days for service of process against Defendant(s) Robert B. Norris and Brett A. Nelson. In support thereof, Plaintiff says and alleges:

- 1

MOTION FOR ENLARGEMENT OF TIME -pg. 1

Revised 3/24/16

Service has been effectuated against Defendant Kootenai County Sheriff's Office. However, although counsel for the Sheriff's Office would also potentially represent the other two named defendants (sued in their official capacity as Sheriff and Undersheriff, respectively), counsel has prohibited service, stating to the private process server retained by Plaintiff both defendants MUST be served at their residence.

As this Court is aware, Rule 4 Fed.R.Civ.P. does not carry such a mandate.

Nevertheless, the aforementioned process server has, to date, declined to persist, due to his stated "other business" he has at the Kootenai County Jail.

Plaintiff has therefore, subsequently, filed a Motion for Order of Service of Process by U.S. Marshall, concurrent hereto. Therefore, additional time is needed for service of the summons and Complaint against defendants Norris and Nelson.

WHEREFORE, Plaintiffs prays the Court enlarge time for service an additional sixty (60) days.

//
//
//
//
//
//

-pg.____

MOTION FOR ENLARGEMENT OF TIME 2
Revised 3/24/16

// _____
// _____
// _____
// _____
// _____
// _____

Respectfully submitted this 6 day of February 20 23.

_____
Plaintiff/Defendant (circle one)

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 6 day of February, 20 23, I mailed a true and correct copy of the foregoing document _____ via prison mail system for processing to the U.S. mail system to:

E-filed via Court system

_____
Plaintiff/Defendant (circle one)

MOTION FOR ENLARGEMENT OF TIME -pg. 3