District Court filing Record

Court: US District Court

Date submitted: 2-8-2023

Date filed: 2-8-2023

Case No.: 1:22-CV-00338-BLW

Inmate Name: Ken Watkins

Inmate No.: 142027

Document Title:

1. Motion for Enlargement of Time for Service of Process
2. Motion for Order for Service of Process by U.S. Marshal

Total Pages: 5 (not including cover page)

Total: 1 of 1

Filed without inmate review: documents provided by Mr. Watkins