Ken Watkins IDOC No. 142027
Full Name/Prisoner Name

ISCC
PO Box 70010
Boise, ID 83707
Complete Mailing Address

Plaintiff/Defendant
(circle one)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| KENNETH LEE WATKINS | ) | |
| Plaintiff/Petitioner, | ) | CASE NO. 1:22-CV-00338-BLW |
| Full name(s) | ) | |
| | ) | |
| vs. | ) | MOTION FOR ORDER FOR |
| | ) | SERVICE OF PROCESS BY |
| KOOTENAI COUNTY SHERIFF'S OFFICE, et al. | ) | U.S. MARSHAL |
| | ) | |
| | ) | (Rule 4(c)(3) Fed. R. Civ. P.) |
| Defendant/Respondent(s), | ) | |
| Full name(s) | ) | |

COMES NOW, Kenneth Lee Watkins, Plaintiff/Defendant (circle one) in the above entitled

matter and pursuant to Rule 4(c)(3) Fed. R. Civ. P. does hereby move this Honorable Court for an Order for Service of Process by U.S. Marshal.

//

//

_____ - 1

_____ -pg.\_\_\_\_

Revised 3/24/16

//
//
//
//
//
//

Respectfully submitted this 6 day of February, 2023.

_____
Plaintiff/Defendant (circle one)

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 6 day of February, 2023, I mailed a true and correct copy of the foregoing document _____ via prison mail system for processing to the U.S. mail system to:

E-filed via Court System

_____
Plaintiff/Defendant (circle one)

MOTION FOR ORDER FOR SERVICE OF -pg. 2
PROCESS BY U.S. MARSHAL
Revised 3/24/16